USDC- GREENBELT
'26 AUG 3 PM 2:06

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

Yvette R Henderson

_____

_____

*(Write the full name of each plaintiff who is filing
this complaint. If the names of all the plaintiffs
cannot fit in the space above, please write "see
attached" in the space and attach an additional
page with the full list of names.)*

-against-

April Jones, individually and d/b/a
① da Headhunter ② Temakey Headhunter
Shelby Deranteir individually and d/b/A
① possy-unbottled

*(Write the full name of each defendant who is
being sued. If the names of all the defendants
cannot fit in the space above, please write "see
attached" in the space and attach an additional
page with the full list of names.)*

**Complaint for a Civil Case**

Case No. PX 26 CV 3022

*(to be filled in by the Clerk's Office)*

Jury Trial:  ☑ Yes  ☐ No

*(check one)*

I.    **The Parties to This Complaint**

A.    **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name _Yvette R. Henderson_

Street Address _11614 Cosca park drive_

City and County _Clinton MD_

State and Zip Code ( _MD 20735_

Telephone Number _227-263-4040_

E-mail Address _dear yvette 759 @ yAHoo.com_

B.    **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

Name _April d Jones d/b/A/ oda Head Hunter_
_① tennekey Head Hunter_

Job or Title
(if known) _② Jane doe_

Street Address _5014 CollinWood drive_

City and County _Clarksville TN_

State and Zip Code _37042 - 0000_

Telephone Number _N/A_

E-mail Address
(if known) _N/A_

2

Defendant No. 2

Name _Shelby Jones Devanteir_

Job or Title (if known) _d/B/A Dessy unbothered Youtube Rep Dmca Representive_

Street Address _1107 Mook St_

City and County _Brandon,_

State and Zip Code _Florida 33510_

Telephone Number _813 494-1636_

E-mail Address (if known) _____

Defendant No. 3

Name _____

Job or Title (if known) _____

Street Address _____

City and County _____

State and Zip Code _____

Telephone Number _____

E-mail Address (if known) _____

Defendant No. 4

Name _____

Job or Title (if known) _____

Street Address _____

City and County _____

State and Zip Code _____

Telephone Number _____

E-mail Address (if known) _____

*(If there are more than four defendants, attach an additional page providing the same information for each additional defendant.)*

3

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question                    ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

This action arises under the Copyright Act, 17 U.S.C. 101 et seq., and specifically 17 U.SC. 501 (Copyright Infringement) and 17 U.S.C. 512 (f) (DMCA Misrepresentation). Jurisdiction is conferred upon this Court By 28 U.S.C. 1331 (Federal Question). Add 28 .U.S.C. 1338 (a) (Acts of Congress relating to Copyrights).

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

a.    If the plaintiff is an individual

The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

b.    If the plaintiff is a corporation

The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

4

2.    The Defendant(s)

a.    If the defendant is an individual

The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. *Or* is a citizen of *(foreign nation)* _____.

b.    If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____. *Or* is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

_____

_____

_____

III.    **Statement of Claim**

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

I am the Owner of the Copyrighted work [Judge Shady Court, Custom Adm @ Judge Evie @ dear yvette says @ dear yvette media LLC @ the dear yvette show]

Defendents uploaded it without my permission. I filed a valid DMCA takedown notice with YouTube. On 7/19/2026.

April d Jones, d/B/A @ da Head Hunter @ Tennekey Head Hunker and Shelby devanteir knowingly sent YouTube a fradulent counter-notice falsely claiming mistake / misidentification under 17 U.S.C. 512(f), which harmed my digital Rights. Defendents April Jones d/B/A @ da Head Hunter @ tennekey Head Hunter acts as an @nonymous Uploader But Have Been In A legal Case in the District Court of Maryland, Her most Recent Case dismissal was 3/14/2026. Shelby Devantier the Representative appeared in the District court of Maryland 3/17/2026.

I Also Have multiple Court Cases with these individuals In Tennesse, and Maryland Continuing to use My Artwork / photo, this is a four year harassment and Infringement Against Me.

6

**IV.    Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.  For any request for injunctive relief, explain why monetary damages at a later time would not adequately compensate you for the injuries you sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation could not be measured.

1. Injunction: An immediate order forcing defendants to Permenently Remove the Infring ing Material from Youtube and Stop all unAuthorized use of Plaintiff's work.

2. statutory damages : An Award of damages Cost, and fees under 17. U.S.C. 512(f) caused directly by Defendent's Bad-faith, fradulent Counter notice.

3. Misrepresentation damages: An award of statutory damages under 17 U.S.C 504 for willful copyright Infringement

4. Continuing Harm: plaintiff asserts these actions constitute a continuing wrong, as Defendents are using a false Counter - notice as a tool of ongoing harassment despite prior Court Dismissals

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: ___8___, 2026

Signature of Plaintiff _____

Printed Name of Plaintiff ___Yvette Henderson___

*(If more than one plaintiff is named in the complaint, attach an additional certification and signature page for each additional plaintiff.)*

### B.    For Attorneys

Date of signing: _____, 20__.

Signature of Attorney _____

Printed Name of Attorney _____

Bar Number _____

Name of Law Firm _____

Address _____

Telephone Number _____

Email Address _____

8